ZACHARIAS GOLDBERG, Respondent, v. PETER EDWARD BORCHERS, Appellant. — Order of the County Court of Nassau county affirming judgment of the Justice's Court of the town of Hempstead affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

VIRGINIA GRAY, Appellant, v. FIRST NATIONAL BANK AND TRUST COMPANY OF YONKERS, Respondent.— On the court's own motion, to correct error in amount demanded, the decision handed down on October 27, 1933 [*ante*, p. 859], is hereby amended to read as follows: Order reversed on the law, with ten dollars costs and disbursements, and the motion for summary judgment granted as prayed for in the complaint to the extent of $10,247.78, representing the total purchase price of the bonds, with interest and ten dollars costs, on the ground that there was a dedication for a special purpose of the money to pay for the bonds ordered; and that when the order had been filled the bank held the money as the agent and bailee of plaintiff and as a special deposit; and it thereby became liable to complete the purchase or pay over the amount to plaintiff on demand. (*Marine Bank* v. *Fulton Bank*, 2 Wall. 252, 256; *Northern Sugar Corporation* v. *Thompson*, 13 F. [2d] 829, 832; *Fogg* v. *Tyler*, 109 Me. 109, 114; *State* v. *Grills*, 35 R. I. 70; *People* v. *City Bank of Rochester*, 96 N. Y. 32.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

GEORGE G. HARRIS, Respondent, v. MAX LEEF and Others, Appellants.— Order granting summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements, and action severed as to the first and fourth causes of action, which remain for trial. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

HENRY HELLER, Respondent, v. WILLIAM M. CLAYTON and Others, Defendants, Impleaded with SAMUEL J. MITTELMAN, Appellant.— Order denying motion of defendant Mittelman to vacate and set aside, in whole or in part, judgment of foreclosure, affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the General Assignment for the Benefit of Creditors of DUBOFF & DAVIES, INC., Assignor, to ELI GELLER, Assignee, Appellant; ANITA H. H. MOR-RELL, Landlord, Respondent.— Order allowing respondent's claim for use and occupation of certain premises by the assignee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.